# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5286**                       **September Term, 2025**

**1:25-cv-01695-LLA**

**Filed On:** October 30, 2025

Marie Encar Arnold,

       Appellant

    v.

White House, et al.,

       Appellees

       **BEFORE:**    Katsas, Walker, and Childs, Circuit Judges

## O R D E R

       Upon consideration of the briefs filed by appellant and the motion to schedule oral argument, it is

       **ORDERED** that the motion to schedule oral argument be denied. The court concludes that oral argument will not assist the court in this case. Accordingly, the court will dispose of the appeal without oral argument on the basis of the record and the presentations in the briefs. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

### Per Curiam

                                               **FOR THE COURT:**
                                               Clifton B. Cislak, Clerk

                           BY:      /s/
                                               Selena R. Gancasz
                                               Deputy Clerk